JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASKIA SANKOFA ASHANTI, | ) | No. CV 19-6260-DDP (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION & BOARD OF PAROLE HEARINGS, | ) ) ) ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Petitioner's Motion to Dismiss Federal Habeas Action,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed without prejudice.

DATED: June 27, 2022

_____
DEAN D. PREGERSON
United States District Judge